

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAY 3 1 2011

J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Southern DIVISION

Carolyn Hill_____                              PLAINTIFF
plaintiff name

VS.                          CIVIL ACTION NO. 1 11CV 225 LG RHW
                                               provided by Court

Keesler air Force, See attached   DEFENDANT(S)
Defendant   list

### COMPLAINT

COME NOW, Plaintiff, Carolyn Hill_____ ,Pro se, and for

cause of action against the defendants, See attached list,

would state:

### JURISDICTION

Me and my two Kids is being destoryed by the Government Agencies,

Witchcraft and Evil Spirits, they are putting and sending Evil

Spirits, Evil Spells on me and my two Kids and getting all

the Universes Money and Merchandise.

### I

Plaintiff is an adult resident citizen of Harrison_____,

State of Mississippi.  The defedndants are located in the
State of mississippi and other parts of the
United States of America.

My name is Carolyn Hill, I was Injuried by the Government
Agencies, they Rudely and Insanely got Evil Witchcraft Books
and called on Evil Spirits from the depths of Hell on me and
my two childrens body and life.  To destory us, they hated
me with jealousy, as they took $250 Zillions dollars and
$300 Zillions dollars worth of merchandise.  They still have
some on the Internet, they won't give me none of it. (cars,
apartments, houses, churches, banks, air planes, condo's,
islands, etc.).  They took my things because they felt
like, I didn't deserve them.  I tried to get some help, nobody
cared.  The Youth Court and the Welfare took my two childrens
and gave them away to Alan C. Latham because they wanted my
money, they was working together.  I wrote some of the
Government Agencies and explained that, I works with the
Universe and that was my money that they are taking and that I
am a Universal Law Judge.  They still didn't want to help me
or give me my money and merchandise back. I have 34 Licenses
that Gulfport Police Department have and I haven't gotten them.
I'm asking for help and relief from the Courts.

## FACTS

The money that was taken was not their Money.  Me and my
two kids, was Injuried by Witchcraft and their Evil
Spirits, they sent on us, to take my Money and Merchandise.
These are crimes that they do with Witchcraft and working
with Evil Spirits through these Witchcraft Books.  I
works for the universe and I uses some of this Money and
Merchandise for the Universe.  So I asking for Relief
of the Courts.

## RELIEF

I asking to be paid, for my Injuries and to be paid back
for my loss Money and Merchandise and to get my Licenses
(34) from Gulfport Police Department.

Respectfully submitted, this the _3 1_ day of _May_,20 _1 1_

_Carolyn Hill_
plaintiff signature


NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

Carolyn Hill

P. O. Box 3781

Gulfport, Miss 39505

228-254-0851

'my Federal ID (5432)
and (1894) Edward Lidds
(5555)

Defendant list:

1. Keelser Air Force

2. Memorial Hospital

3. Garden Park Hospital

4. Northrop Grumman Ships

5. Gulf Coast Mental Health 1600 Broad Ave. Gulfport, Miss

6. Win Job Programs (all)

7. Wic Programs, All over the united States.

8. United States Postal Service, All over the united states.

9. Oprah (Found Money Department) 3422 Old Trail, Wilmington, DE 19808.

10. Turan-Foley, Hyundi, Car Dealer in Gulfport, All over the United States.

11. Chrysler, Toyota, Chevolet, Gulfport, All over the United States.

12. Nissan, Mitsubishi, Lexus, Buick, Car Dealers, Gulfport, and All over the United States.

13. Red Cross - All over the United States.

14. Boomstown Casino

15. Sam's Clubs

The Internet all over the United States, they used my Money to build the Internet. It needs to be shut down so I can get my Money and Merchandise off it. I want my money values.

16. IRS- In all over the United States.

17. Lola Barney, 24275 Thomas Lawton Rd, Box 423 Saucier,Ms.

18. Coastal Family, Dr. Martin Luther King Dr. Gulfport, Ms.

19. The White House, Justice Department, 1600 Pennsylvana Washington DC.

These are the peoples that has been doing Witchcraft and calling
Evil Spirits on me and my kids. *and getting my money and merchandise*

1.  Gulfport police Department and Police Departments, all over
    the United States.
2.  Fema, all over the United States.
3.  Welfares Departments, all over the United States.
4.  Gulfport Social Security Department and Social Security
    Departments, all over the United States.
5.  Unclaimed Money Departments, all over the United States.
6.  Harper Caughan School and The Board of Educations.
7.  Alan C. Latham took money and merchandise, me and my kids,
    my fathers Identications, Birth certificates, Social
    Security cards, Driver Licenses.
8.  President Obama and Wife Michelle Obama.
9.  Mississippi Health Department.
10. Buzbee Law Firm.
11. Dora Skinner Law Firm.
12. Officer C. Ladnier, Long Beach, Miss.
13. Oprah had most of me and my kids, father, mother and grand-
    parent on Found Money Departments, all over the united
    states.

All the rest of the Government Agencies got Money and Merchandise
all over the united states.

My Investments Names:  Carolyn Hill, Carolyn Walker
                       Carolyn Hills

1.  Grand Casino- 281 Beach Blvd. Biloxi, Miss. 39530

2.  Island Veiw Casino- 3300 W. Beach. Gulfport, Miss 39501

3.  Palace Casino- 154 Howard Ave. Biloxi, Miss 39530

4.  Walmart's- 702 S.W. 8th Street, Bentonville, Ar. 72716

5.  Coastal Electric- 14082 Hwy 49, Gulfport, Miss 39503

6.  Mr. Smith, Gulfport Social Security,9394 Three Rivers Rd.
    Gulfport, Miss 39503

7.  Buzbee Law Firm - 600 Trazis St, Houston, Tx 77002


Merchandise I Had:  ( Universe)

 Houses, Cars, Banks, Trucks, Buses, Airplanes, Jets, Condo's,

Apartments, Motels, Hotels, Islands, Appliances, Clothes,

Jewelrys, Yard Equppments, Am-Trak Trains, Boats, Churches,

Band Equippments, Furiture Sets, Business Equippments,

Televisions, Hospitals, Lands, Business Buildings, House Make

Overs.


WITNESS

Dewhite Johnson -  F.B.I
1317 26th Ave
Gulfport, Miss 39501

*all 50 of these unclaim money Departments*
*had my money and Merchandise under my 3*
*names.*

## ALABAMA
State Treasury
Unclaimed Property Division
PO Box 302520
Montgomery, AL 36130-2520
1-334-242-9614

## ALASKA
Department of Revenue
Unclaimed Property Unit
1111 W. Eight Street, Room 106 (99801)
PO Box 110420
Juneau, AK 99811-0420
1-907-465-4653
*Includes a searchable interface to the
name database.*

## ARIZONA
Department of Revenue
Unclaimed Property Unit
1600 West Monroe
PO Box 29026
Phoenix, AZ 85038-9026
1-602-542-4643

## ARKANSAS
Auditor of State
Unclaimed Property Division
1400 West 3rd Street, Suite 100
Little Rock, AR 72201-1811
1-501-324-9670

## CALIFORNIA
Division of Collections
Bureau of Unclaimed Property
PO Box 942850
Sacramento, CA 94250-5873
1-916-445-8318
1-800-992-4647 (in CA)

## COLORADO
Unclaimed Property Division
1560 Broadway, Suite 1225
Denver, CO 80202
1-303-894-2443
*Includes a searchable interface to the
name database.*

## CONNECTICUT
Unclaimed Property Division
Department of Treasury
55 Elm Street
Hartford, CT 06106
1-860-566-5516
*Includes a searchable interface to the
name database.*

## DELAWARE
Bureau of Abandoned Property
PO Box 8931
Wilmington, DE 19899
1-302-577-3349

## DISTRICT OF COLUMBIA
Office of Finance & Treasury
Unclaimed Property Unit
810 1st Street NE, Room 401
Washington, DC 20004
1-202-727-0063

## FLORIDA
Department of Banking & Finance
Bureau of Unclaimed Property
101 E. Gaines Street, Fletcher Building
Tallahassee, FL 32399-0350
1-904-487-0510 or 1-904-488-0357
1-800-848-3792 (Comptroller's Hotline)
1-888-258-2253 (Unclaimed Property
Office, FL only)
*Includes a searchable interface to the
name database.*

## GEORGIA
Dept of Revenue
Property Tax Division
Unclaimed Property
270 Washington Street, SW, Room 404
Atlanta, GA 30334
1-404-656-4244

## HAWAII (search)
Unclaimed Property Section
PO Box 150
Honolulu, HI 96810-0150
1-808-586-1589

## IDAHO
Unclaimed Property Division
PO Box 36
Boise, ID 83722-2240
1-208-334-7623

## ILLINOIS
State Treasurer's Office
Unclaimed Property Division
P.O. Box 19495
Springfield, IL 62794-9495
Phone: 1-217-782-6692
See also www.cashdash.net

## INDIANA
Attorney General's Office
Unclaimed Property Division
402 West Washington, Suite C-531
Indianapolis, IN 46204
1-317-232-6348
1-800-447-5598
*Includes a searchable interface to the
name database.*

## IOWA
Unclaimed Property Division
State Capitol Building
Des Moines, IA 50319
515-281-5366
*See also the Great Iowa Treasure Hunt.*

**KANSAS**
Unclaimed Property Division
900 Jackson, Suite 201
Topeka, KS 66612-1235
1-913-296-4165 or 1-800-432-0386
*Includes a searchable interface to the name database.*

**KENTUCKY**
Unclaimed Property Branch
Kentucky State Treasury Department
Suite 183, Capitol Annex
Frankfort, KY 40601
1-502-564-4722/6142
*Includes a searchable interface to the name database.*

**LOUISIANA**
Louisiana Dept of Revenue & Taxation
Unclaimed Property Section
PO Box 91010
Baton Rouge, LA 70821-9010
1-504-925-7407/7425
*Includes a searchable interface to the name database.*

**MAINE**
Treasury Department
Abandoned Property Division
39 State House Station
Augusta, ME 04333-0039
1-207-287-6668/2771

**MARYLAND** (alternate link)
Unclaimed Property Section
301 West Preston Street
Baltimore, MD 21201-2385
1-410-225-1700
1-800-492-1751
*Includes a searchable interface to the name database.*

**MASSACHUSETTS**
Abandoned Property Division
1 Ashburton Place 12th Floor
Boston, MA 02108
1-617-367-0400
*Includes a searchable interface to the name database.*

**MICHIGAN**
Unclaimed Property Division
Michigan Department of Treasury
P.O. Box 30756
Lansing, MI 48909
1-517-636-5320
*Includes a searchable interface to the name database.*

**MINNESOTA**
Minnesota Commerce Department
Unclaimed Property Section
133 East 7th Street
St. Paul, MN 55101
1-612-296-2568
1-800-925-5668
*Includes a searchable interface to the name database.*

**MISSISSIPPI**
Unclaimed Property Division
PO Box 138
Jackson, MS 39205-0138
1-601-359-3600

**MISSOURI**
Missouri State Treasurer
Unclaimed Property Division
PO Box 1272
Jefferson City, MO 65102-1272
1-573-751-0840/0123

**MONTANA**
Unclaimed Property Division
Department of Revenue
Mitchell Building
Helena, MT 59620
1-406-444-2425
*Includes a searchable interface to the name database.*

**NEBRASKA** (alternate link)
Unclaimed Property Division
PO Box 94788
Lincoln, NE 68509
1-402-471-2455
*Includes a searchable interface to the name database.*

**NEVADA** (alternate link)
Department of Business & Industry
Unclaimed Property Division
2501 East Sahara Avenue, Suite 304
Las Vegas, NV 89104
1-702-486-4140
1-800-521-0019

**NEW HAMPSHIRE**
Abandoned Property Division
Treasury Department
25 Capitol Street - Room 205
Concord, NH 03301
1-603-271-2649
*Includes a searchable interface to the name database.*

**NEW JERSEY**
Department of the Treasury
Property Administration
CN 214
Trenton, NJ 08646
1-609-984-8234

**NEW MEXICO**
Department of Revenue & Taxation

Special Tax Programs & Services
PO Box 25123
Santa Fe, NM 87504-5123
1-505-827-0767
1-505-827-0769
*Includes a searchable interface to the name database.*

**NEW YORK**
Office of Unclaimed Funds
Alfred E. Smith Building, 9th Floor
Albany, NY 12236
1-518-474-4038
1-800-221-9311

**NORTH CAROLINA**
Department of State Treasurer
Escheat & Unclaimed Property
325 North Salisbury Street
Raleigh, NC 27603-1385
1-919-733-6876

**NORTH DAKOTA**
Unclaimed Property Division
State Land Department
PO Box 5523
Bismarck, ND 58506-5523
1-701-328-2805
1-701-224-2805

**OHIO**
Division of Unclaimed Funds
77 South High Street
Columbus, OH 43266-0545
1-614-466-4433
*Includes a searchable interface to the name database.*

**OKLAHOMA**
Oklahoma Tax Commission
Unclaimed Property Section
2501 Lincoln Boulevard
Oklahoma City, OK 73194-0010
1-405-521-4275/4273

**OREGON**
Unclaimed Property Unit
775 Summer Street, NE
Salem, OR 97310
1-503-378-3805 x283

**PENNSYLVANIA**
Pennsylvania State Treasury
Office of Unclaimed Property
PO Box 1837
Harrisburg, PA 17105-1837
1-800-222-2046  Claims inquiries
1-800-379-3999  Reporting questions and Instructions
Email: *tupmail@patreasury.org*
*Includes a search interface to the name database.*

**RHODE ISLAND**
Unclaimed Property Division
PO Box 1435
Providence, RI 02901-1435
1-401-277-6505
*Includes a copy of the money list.*

**SOUTH CAROLINA**
Office of the State Treasurer
Unclaimed Property Division
PO Box 11778
Columbia, SC 29211-1778
1-803-737-4771

**SOUTH DAKOTA**
Unclaimed Property Division
500 East Capitol Avenue
Pierre, SD 57501
1-605-773-3378

**TENNESSEE**
Unclaimed Property Division
Andrew Jackson Building, 9th Floor
Nashville, TN 37243-0242
1-615-741-6499

**TEXAS**
Unclaimed Property Division
Texas State Comptroller's Office
Box 12019
Austin, TX 78711-2019
1-512-463-6060
1-800-654-3463 (in Texas)
*Includes a search interface to the name database.*

**UTAH**
State Treasurer s Office
Unclaimed Property Division
341 South Main Street, 5th Floor
Salt Lake City, UT 84111
1-801-533-4101

**VERMONT**
Abandoned Property Division
State Treasurer s Office
133 State Street
Montepelier, VT 05633-6200
1-802-828-2301
1-800-642-3191
*Includes a searchable interface to the name database.*

**VIRGINIA** (direct link and press release)
Division of Unclaimed Property
Department of Treasury
PO Box 2478
Richmond, VA 23218
1-804-225-2393

**WASHINGTON**
Unclaimed Property Section

Department of Revenue
1101 S. Eastside Street
PO Box 448
Olympia, WA 98507
1-360-586-2736 or 1-800-435-2429
*Includes a <u>searchable interface</u> to the
name database.*

**WEST VIRGINIA**
Unclaimed Property Division
Office of State Treasurer
Capitol Complex
Charleston, WV 25305
1-800-422-7498
*Includes a <u>searchable interface</u> to the
unclaimed property files.*

**WISCONSIN**
Unclaimed Property Division
State Treasurer s Office
PO Box 2114
Madison, WI 53701-2114
1-608-267-7977
*Includes a searchable interface to the
name database.*

**WYOMING**
Unclaimed Property Division
State Treasurer s Office
1st Floor West, Herschler Building
122 West 25th Street
Cheyenne, WY 82002
1-307-777-5590
*Includes a searchable interface to the
name database.*